# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2007

133816 & (41)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PIONEER STATE MUTUAL INSURANCE
COMPANY,
    Plaintiff-Appellant,

v

LARRY WAGNER,
        Defendant,

and

DUANE WOODWYK, Individually and as
Personal Representative of the Estate of
TRAVIS SCOTT WOODWYK, Deceased,
        Defendant-Appellee.

SC: 133816
COA: 273080
Barry CC: 05-000485-CK

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the March 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CORRIGAN and YOUNG, JJ., would reverse the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2007

_____
Clerk

s1219